PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES R. MALLIN, | ) | CASE NO. 1:09CV00223 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| CITY OF EASTLAKE, *et al.*, | ) | |
| | ) | **MEMORANDUM OF ORDER AND** |
| Defendants. | ) | **OPINION** |

As the docket reflects, this matter was transferred to the docket of the undersigned on January 20, 2011. Prior to that transfer, then District Judge O'Malley issued a Memorandum or Order and Opinion ruling on Defendants' Motion for Summary Judgment and for Dismissal of State Law Claims. ECF No. 42. In that ruling, Judge O'Malley required cause to be shown "as to why the City of Eastlake is not immune from Mallin's intentional infliction of emotional distress claim within 14 days" of the issuance of her ruling, by October 14, 2010. The docket reflects that Mallin has not shown cause. Summary judgment is therefore granted in favor of the City of Eastlake on the issue of state law immunity.

IT IS SO ORDERED.

| | |
|---|---|
| September 15, 2011 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |